HON. FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUANE BOYLE, through his guardians Marion and Robert Boyle, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ROBIN ARNOLD-WILLIAMS, in her official capacity as the Secretary of the Washington Department of Social and Health Services,<br><br>Defendant. | CLASS ACTION<br><br>Case No. C-01-5687 FDB<br><br>STIPULATION AND ORDER PERMITTING THIRD AMENDMENT OF PLAINTIFFS' COMPLAINT<br><br>NOTED FOR CONSIDERATION:<br>September 16, 2005 |

### I.  STIPULATION

Plaintiffs Duane Boyle through his guardians Marion and Robert Boyle, Douglas Fenner through his guardians Phillip and Laverna Fenner, Dennis O'Neill through his guardian Karen O'Neill, and Alisha Presson through her guardian Linda Harris (collectively "plaintiffs") and defendant Robin Arnold-Williams ("defendant") hereby stipulate and agree that, with the court's leave, the plaintiffs' complaint may be amended by the Third Amended Complaint.

STIPULATION AND [PROPOSED] ORDER
PERMITTING THIRD AMENDMENT
OF PLAINTIFFS' COMPLAINT – 1
[Case No. C-01-5687 FDB]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

DATED: September 9, 2005.

| ROB MCKENNA, ATTORNEY GENERAL | COLUMBIA LEGAL SERVICES |
|---|---|
| /s/ William M. Van Hook<br>EDWARD J. DEE, WSBA # 15964<br>WILLIAM M. VAN HOOK, WSBA # 33922<br>Attorneys for Defendant | /s/ Gregory D. Provenzano<br>GREG PROVENZANO, WSBA # 12794<br>Attorneys for Plaintiffs |

## II.  ORDER

THIS MATTER having come before the Court, based upon plaintiffs' Motion for Leave to File Third Amended Complaint and related briefing, it is hereby ordered that plaintiffs' Motion for Leave to Amend is GRANTED for good cause shown pursuant to Fed. R. Civ. P. 15(a) and the plaintiffs' Complaint is amended by their Third Amended Complaint.

DATED this 15th day of September 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
PERMITTING THIRD AMENDMENT
OF PLAINTIFFS' COMPLAINT – 2
[Case No. C-01-5687 FDB]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the State of Washington, that on September 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A.   Mailing Information for a Case 3:01-cv-05687-FDB

1.   Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amy Louise Crewdson**
  amy.crewdson@columbialegal.org

- **Edward Joseph Dee**
  edward.dee@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov, cathyt@atg.wa.gov

- **Eleanor Hamburger**
  ehamburger@sylaw.com, theresa@sylaw.com

- **Gregory David Provenzano**
  greg.provenzano@columbialegal.org

- **William M Van Hook**
  williamv@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov, cathyt@atg.wa.gov

2.   Manual Notice List

- **Jane Perkins**
  perkins@healthlaw.org

DATED:  September 12, 2005, at Seattle, Washington.

/s/ Stacy A. Hoffman
Declarant

STIPULATION AND [PROPOSED] ORDER
PERMITTING THIRD AMENDMENT
OF PLAINTIFFS' COMPLAINT – 3
[Case No. C-01-5687 FDB]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260