Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUANE BOYLE, through his guardians Marion and Robert Boyle, et al.

              Plaintiffs,

vs.

ROBIN ARNOLD-WILLIAMS, in her official capacity as the Secretary of the Washington Department of Social and Health Services,

              Defendant.

CLASS ACTION

Case No. C-01-5687 FDB

STIPULATED MOTION TO ENLARGE TIME IN WHICH DEFENDANT MAY FILE HER RESPONSE TO PLAINTIFF'S MOTION TO ALTER ORDER DENYING CLASS CERTIFICATION AND [ORDER

### I.    STIPULATION

Defendant Robin Arnold-Williams ("defendant") and Plaintiffs Duane Boyle through his guardians Marion and Robert Boyle, Douglas Fenner through his guardians Phillip and Laverna Fenner, Dennis O'Neill through his guardian Karen O'Neill, and Alisha Presson through her guardian Linda Harris (collectively "plaintiffs") hereby stipulate and agree that, with the court's leave, the Defendant is allowed until close of business on October 3, 2005 to file her response to Plaintiff's Motion To Alter Order Denying Class Certification, the plaintiffs will file their Reply Brief on October 7, 2005 and the Motion To Alter Order Denying Class Certification's Noting date will be changed to October 7, 2005.

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME- 1
[Case No. C-01-5687 FDB]

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

DATED: September 12, 2005.

| ROB MCKENNA, ATTORNEY GENERAL | SIRIANNI YOUTZ MEIER AND SPOONEMORE |
|---|---|
| EDWARD J. DEE, WSBA # 15964<br>WILLIAM M. VAN HOOK, WSBA # 33922<br>Attorneys for Defendant | ELEANOR HAMBURGER, WSBA # 26478<br>Attorneys for Plaintiffs |

## II.   ORDER

THIS MATTER having come before the Court upon the Stipulated Motion to Enlarge Time in Which Defendant May File Her Response To Plaintiff's Motion To Alter Order Denying Class Certification, based upon the above stipulation of the parties it is hereby ordered that Defendant is allowed until the close of business on October 3, 2005 to file her response to Plaintiff's Motion To Alter Order Denying Class Certification, the plaintiffs will file their Reply brief on October 7, 2005, and the Motion To Alter Order Denying Class Certification's Noting date will be changed to October 7, 2005.

DATED this 15th day of September 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME- 2
[Case No. C-01-5687 FDB]

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| **Counsel For Plaintiffs**<br>Eleanor Hamburger<br>Attorney at Law<br>Sirianni, Youtz, Meier & Spoonemore<br>1100 Millennium Tower<br>719 Second Avenue<br>Seattle, WA  98104<br>ehamburger@sylaw.com | **Counsel For Plaintiffs**<br>Amy Louise Crewdson<br>Columbia Legal Services<br>711 Capitol Way South<br>Suite 304<br>Olympia, WA  98501<br>amy.crewdson@columbialegal.org |
|---|---|
| **Counsel For Plaintiffs**<br>Gregory D. Provenzano<br>Columbia Legal Services<br>711 Capitol Way South<br>Suite 304<br>Olympia, WA  98501<br>greg.provenzano@columbialegal.org | |

I also hereby certify there are no attorneys on the Manual Notice List in this case.

DATED this 12th day of September, 2005.

ROB MCKENNA
Attorney General

/s/  WILLIAM M. VAN HOOK
WSBA No. 33922
Assistant Attorney General

Telephone:  (360) 459-6187
Fax:  (360) 407-0433
E-mail:  WilliamV@atg.wa.gov

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME- 3
[Case No. C-01-5687 FDB]

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

/s/  EDWARD J. DEE
WSBA No. 15964
Assistant Attorney General
Telephone:  (360) 459-6950
Fax:  (360) 407-0433
E-mail:  Edward.Dee@atg.wa.gov
Attorneys for Defendant

Office of the Attorney General
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124

STIPULATION AND [PROPOSED] ORDER TO
ENLARGE TIME- 4
[Case No. C-01-5687 FDB]

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558