1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

The Honorable J. Kelley Arnold

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

DUANE BOYLE, through his guardians
Marion and Robert Boyle, et al.,

                        Plaintiffs,

            vs.

ROBIN ARNOLD-WILLIAMS, in her
official capacity as the Secretary of the
Washington Department of Social and
Health Services,

                        Defendant.

No. C01-5687JKA

ORDER GRANTING
DEFENDANT'S MOTION TO FILE
AND IMMEDIATELY SEAL
EXHIBITS D THROUGH H
OF THE DECLARATION OF
DONALD L. CLINTSMAN,
DATED OCTOBER 3, 2005

**NOTE ON MOTION CALENDAR:**
**OCTOBER 3, 2005**

        This matter having come on regularly to be heard before the undersigned judge of the

above-entitled court on a motion by the Defendant, for allowing filing and immediate sealing

of Exhibits D through H of the Declaration of Donald L. Clintsman, dated October 3, 2005,

and the Court having considered the pleadings and files herein, and being fully advised, now,

therefore,

//

//

ORDER GRANTING DEFENDANT'S
MOTION TO FILE AND SEAL
No. C01-5687JKA

1

1      IT IS HEREBY ORDERED that:

2      Defendant's Motion to File and Immediately Seal Exhibits D through H of the

3 Declaration of Donald L. Clintsman, dated October 3, 2005 is GRANTED until further order

4 of the court.

5      Dated this 5th day of October, 2005.

6

7                              /s/ J. Kelley Arnold _____

8                              THE HONORABLE J. KELLEY ARNOLD
                               United States Magistrate Judge

9

10 Presented by:

11 ROB MCKENNA
   Attorney General

12

13

14 s/William M. Van Hook
   WSBA No. 33922
15 Assistant Attorney General
   Telephone:  (360) 459-6187
16 Fax:  (360) 407-0433
17 E-mail:  WilliamV@atg.wa.gov

18

19 s/Edward J. Dee
   WSBA No. 15964
20 Assistant Attorney General
   Telephone:  (360) 459-6950
21 Fax:  (360) 407-0433
22 E-mail:  Edward.Dee@atg.wa.gov
   Attorneys for Defendant
23
   Office of the Attorney General
24 670 Woodland Square Loop SE
   PO Box 40124
25 Olympia, WA  98504-0124

ORDER GRANTING DEFENDANT'S             2         ATTORNEY GENERAL OF WASHINGTON
MOTION TO FILE AND SEAL                              670 Woodland Square Loop SE
No. C01-5687JKA                                                PO Box 40124
                                                          Olympia, WA  98504-0124
                                                              (360) 459-6558

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING DEFENDANT'S
MOTION TO FILE AND SEAL
No. C01-5687JKA

3

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel For Plaintiffs**
Eleanor Hamburger
Attorney at Law
Sirianni, Youtz, Meier & Spoonemore
1100 Millennium Tower
719 Second Avenue
Seattle, WA  98104
ehamburger@sylaw.com

**Counsel For Plaintiffs**
Amy Louise Crewdson
Columbia Legal Services
711 Capitol Way South
Suite 304
Olympia, WA  98501
amy.crewdson@columbialegal.org

**Counsel For Plaintiffs**
Gregory D. Provenzano
Columbia Legal Services
711 Capitol Way South
Suite 304
Olympia, WA  98501
greg.provenzano@columbialegal.org

**Counsel For Plaintiffs**
Martha Jane Perkins
Attorney at Law
National Health Law Program
211 North Columbia Street
Chapel Hill, NC  27514
perkins@healthlaw.org

I also hereby certify there are no attorneys on the Manual Notice List in this case.

DATED this 3rd day of October, 2005.

ROB MCKENNA
Attorney General

/s/  WILLIAM M. VAN HOOK
WSBA No. 33922
Assistant Attorney General
Telephone:  (360) 459-6187
Fax:  (360) 407-0433
E-mail:  WilliamV@atg.wa.gov

ORDER GRANTING DEFENDANT'S
MOTION TO FILE AND SEAL
No. C01-5687JKA

4

1

2

3

/s/  EDWARD J. DEE
WSBA No. 15964

4
Assistant Attorney General
Telephone:  (360) 459-6950

5
Fax:  (360) 407-0433
E-mail:  Edward.Dee@atg.wa.gov

6
Attorneys for Defendant

7
Office of the Attorney General

8
670 Woodland Square Loop SE
PO Box 40124

9
Olympia, WA  98504-0124

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING DEFENDANT'S
MOTION TO FILE AND SEAL
No. C01-5687JKA

5