HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUANE BOYLE, through his guardians Marion and Robert Boyle, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ROBIN ARNOLD-WILLIAMS, in her official capacity as the Secretary of the Washington Department of Social and Health Services,<br><br>Defendant. | CLASS ACTION<br><br>Case No. C-01-5687 JKA<br><br>STIPULATION AND ORDER DISMISSING GREGORY KINGERY AND DAVID GOLDER<br><br>NOTED FOR CONSIDERATION:<br>October 14, 2005 |

This matter came before the Court on the Plaintiffs' motion that the Court dismiss Gregory Kingery as a named Plaintiff from this litigation. Mr. Kingery was an original named Plaintiff when this litigation was filed, but is no longer participating in this litigation and should be dismissed as a named Plaintiff. Mr. Golder was an original named Plaintiff but has since passed away. The parties hereby stipulate that Mr. Kingery and Mr. Golder may be dismissed as named Plaintiffs.

[PROPOSED] STIPULATION AND ORDER
DISMISSING KINGERY AND GOLDER – 1
[Case No. C-01-5687 JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

The Court having considered the pleadings and files herein, and being fully advised, now, therefore, IT IS HEREBY ORDERED that:

The Plaintiffs' Motion to Dismiss Gregory Kingery and David Golder as named Plaintiffs is GRANTED.

DATED this 17th day of October, 2005.

                                             */s/J. KELLEY ARNOLD*
                                             J. Kelley Arnold
                                             United States District Court Judge

Presented by:


    */s/ Amy Crewdson*
AMY CREWDSON, WSBA #9468
GREGORY D. PROVENZANO, WSBA # 12794
Columbia Legal Services
711 Capitol Way S. # 304
Olympia, WA  98501
Telephone:  (360) 943-6260
Fax:  (360) 943-6409
E-mail: amy.crewdson@columbialegal.org;
greg.provenzano@columbialegal.org

ELEANOR HAMBURGER, WSBA #26478
Sirianni Youtz Meier & Spoonemore
719 Second Avenue, Suite 1100
Seattle, WA  98104
Telephone:  (206) 223-0303
Fax:  (206) 223-0246
Email: ehamburger@sylaw.com

JANE PERKINS
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC  27514
Telephone:  (919) 968-6771
Fax:  (919) 968-8855
Email:  perkins@healthlaw.org

[PROPOSED] STIPULATION AND ORDER
DISMISSING KINGERY AND GOLDER – 2
[Case No. C-01-5687 JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

ATTORNEYS FOR PLAINTIFFS
Approved for Entry:


ROB MCKENNA
Attorney General



_____/s/ William M. Van Hook_____
WSBA No. 33922
Assistant Attorney General
Telephone: (360) 459-6187
Fax: (360) 407-0433
E-mail: WilliamV@atg.wa.gov



_____/s/Edward J. Dee_____
WSBA No. 15964
Assistant Attorney General
Telephone: (360) 459-6950
Fax: (360) 407-0433
E-mail: Edward.Dee@atg.wa.gov
Attorneys for Defendant

Office of the Attorney General
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124

[PROPOSED] STIPULATION AND ORDER
DISMISSING KINGERY AND GOLDER – 3
[Case No. C-01-5687 JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the laws of the State of Washington, that on October 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which indicates that there are no manual recipients who are not on the list to receive e-mail notices for this case who therefore require manual noticing, and which will send notification of such filing to the following, who are currently on the list to receive email notices for this case:

- **Amy Louise Crewdson**
  amy.crewdson@columbialegal.org, carol.chestnut@columbialegal.org, fanny.cordero@columbialegal.org

- **Edward Joseph Dee**
  edward.dee@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov, cathyt@atg.wa.gov

- **Eleanor Hamburger**
  ehamburger@sylaw.com, theresa@sylaw.com

- **Martha Jane Perkins**
  perkins@healthlaw.org, somers@healthlaw.org

- **Gregory David Provenzano**
  greg.provenzano@columbialegal.org

- **William M Van Hook**
  williamv@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov, cathyt@atg.wa.gov

DATED: October 17, 2005, at Seattle, Washington.

                                                     /s/ Jean Fallow
                                                            Declarant

[PROPOSED] STIPULATION AND ORDER
DISMISSING KINGERY AND GOLDER – 4
[Case No. C-01-5687 JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260