HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUANE BOYLE, through his guardians Marion and Robert Boyle, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBIN ARNOLD-WILLIAMS, in her official capacity as the Secretary of the Washington Department of Social and Health Services,<br><br>Defendant. | CLASS ACTION<br><br>Case No. C-01-5687 JKA<br><br>ORDER PERMITTING FOURTH AMENDMENT OF PLAINTIFFS' COMPLAINT<br><br>NOTED FOR CONSIDERATION:<br>    November 22, 2005 |

THIS MATTER having come before the Court, based upon Plaintiffs' Motion for Leave to File Fourth Amended Complaint and related briefing, no response having been filed, and the court being fully advised in the premises,

NOW THEREFORE, it is hereby ordered that plaintiffs' Motion for Leave to Amend is GRANTED and the plaintiffs' Complaint is amended by their Fourth Amended Complaint.

ORDER PERMITTING FOURTH AMENDMENT
OF PLAINTIFFS' COMPLAINT – 1
[Case No. C-01-5687 JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

DATED this 9TH day of December, 2005.

                                                */s/J. Kelley Arnold*
                                                J. Kelley Arnold
                                      United States Magistrate Judge

Presented by:

*/s/Amy Crewdson*
AMY L. CREWDSON, WSBA #9468
GREGORY D. PROVENZANO, WSBA # 12794
Columbia Legal Services
711 Capitol Way S. # 304
Olympia, WA 98501
Telephone: (360) 943-6260
Fax: (360) 943-6409
E-mail: amy.crewdson@columbialegal.org

ELEANOR HAMBURGER, WSBA #26478
Sirianni Youtz Meier & Spoonemore
719 Second Avenue, Suite 1100
Seattle, WA 98104
Telephone: (206) 223-0303
Fax: (206) 223-0246
Email: ehamburger@sylaw.com

JANE PERKINS
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC 27514
Telephone: (919) 968-6771
Fax: (919) 968-8855
Email: perkins@healthlaw.org

Attorneys for Plaintiffs

ORDER PERMITTING FOURTH AMENDMENT
OF PLAINTIFFS' COMPLAINT – 2
[Case No. C-01-5687 JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the State of Washington, that on November 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A.  Mailing Information for a Case 3:01-cv-05687-JKA

   1.  Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amy Louise Crewdson**
  amy.crewdson@columbialegal.org, carol.chestnut@columbialegal.org, fanny.cordero@columbialegal.org

- **Edward Joseph Dee**
  edward.dee@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov, cathyt@atg.wa.gov

- **Eleanor Hamburger**
  ehamburger@sylaw.com, theresa@sylaw.com

- **Gregory David Provenzano**
  greg.provenzano@columbialegal.org, carol.chestnut@columbialegal.org, fanny.cordero@columbialegal.org

- **Jane Perkins**
  perkins@healthlaw.org

- **William M Van Hook**
  williamv@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov, cathyt@atg.wa.gov

   2.  Manual Notice List

- (No manual recipients)

DATED: November 10, 2005, at Seattle, Washington.

                                                */s/ Theresa A. Lesch*
                                                 Declarant

ORDER PERMITTING FOURTH AMENDMENT
OF PLAINTIFFS' COMPLAINT – 3
[Case No. C-01-5687 JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260