THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUANE BOYLE, through his guardians
Marion and Robert Boyle, et al.

                    Plaintiffs,

    vs.

ROBIN ARNOLD-WILLIAMS, in her official
capacity as the Secretary of the Washington
Department of Social and Health Services,

               Defendant.

CLASS ACTION

NO. C01-5687-JKA

ORDER APPOINTING GUARDIAN
AD LITEM AND SUBSTITUTING
REPRESENTATIVES

**NOTED FOR CONSIDERATION:**
 May 12, 2006

       This matter came before this Court pursuant to Fed. R. Civ. P. 7(b) and Fed. R. Civ. P. 17(c) upon the plaintiff's Motion.  The Court having considered the Motion finds good cause exists to grant the Motion.  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion is granted.  Kenneth Isserlis is appointed as guardian ad litem for plaintiff Alisha Presson.  Mr. Isserlis is substituted for Linda Harris as plaintiff Presson's named representative.  Colleen Slade, guardian for Dennis O'Neill, is substituted for Karen O'Neill as plaintiff O'Neill's named representative.

ORDER APPOINTING GUARDIAN AD LITEM
AND SUBSTITUTE REPRESENTATIVES – 1
[Case No. C-01-5687-JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

DATED this 16th day of May 2006.

_____ **_/s/ J. Kelley Arnold_**
THE HONORABLE J. KELLEY ARNOLD
United States Magistrate Judge

Presented by:

COLUMBIA LEGAL SERVICES

_/s/  Amy Louise Crewdson_
WSBA No. 9468
Columbia Legal Services
Telephone:  (360) 943-6260, Ext. 214
Fax:  (360) 754-4578
amy.crewdson@columbialegal.org

_/s/  Gregory D. Provenzano_
WSBA No. 12794
Columbia Legal Services
Telephone:  (360) 943-6260, Ext. 227
Fax:  (360) 754-4578
greg.provenzano@columbialegal.org
Attorneys for Plaintiffs


WASHINGTON PROTECTION & ADVOCACY
SYSTEM

_/s/  Deborah A. Dorfman_
WSBA No. 23823
Washington Protection & Advocacy System
Telephone:  (206) 324-1521
Fax:  (206) 957-0729
debbied@wpas-rights.org

_/s/  David R. Carlson_
WSBA No. 35767
Washington Protection & Advocacy System
Telephone:  (206) 324-1521
Fax:  (206) 957-0729
davidc@wpas-rights.org

ORDER APPOINTING GUARDIAN AD LITEM
AND SUBSTITUTE REPRESENTATIVES – 2
[Case No. C-01-5687-JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

1

   */s/  Julie L. Wilchins*
WSBA No. 28471

2

Washington Protection & Advocacy System
Telephone:  (206) 324-1521

3

Fax:  (206) 957-0729
juliew@wpas-rights.org

4

Attorneys for Plaintiffs

5

6

SIRIANNI YOUTZ MEIER & SPOONEMORE

7

8

   */s/  Eleanor Hamburger*
Eleanor Hamburger, WSBA No. 26478
Sirianni Youtz Meier & Spoonemore

9

Telephone:  (206) 223-0303, Ext. 1010
Fax:  (206) 223-0246

10

ehamburger@sylaw.com
Attorney for Plaintiffs

11

12

NATIONAL HEALTH LAW PROGRAM

13

14

   */s/  Martha Jane Perkins*
National Health Law Program
Telephone:  (919) 968-6771

15

Fax:  (919) 968-8855
perkins@healthlaw.org

16

Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

ORDER APPOINTING GUARDIAN AD LITEM
AND SUBSTITUTE REPRESENTATIVES – 3
[Case No. C-01-5687-JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260

1

**CERTIFICATE OF SERVICE**

2      I certify, under penalty of perjury under the laws of the State of Washington, that on

3  April 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the

4  CM/ECF system, which will send notification of such filing to the following:

5                    **Mailing Information for Case 3:01-CV-05687-JKA**

6  **Electronic Mail Notice List:**
The following are those who are currently on the list to receive e-mail notices for this case.

7
8      - **David R Carlson**
DavidC@WPAS-Rights.org, MonaR@WPAS-Rights.org

9      - **Amy Louise Crewdson**
amy.crewdson@columbialegal.org, carol.chestnut@columbialegal.org, fanny.cordero@columbialegal.org

10     - **Edward Joseph Dee**
edward.dee@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov, cathyt@atg.wa.gov

11     - **Deborah A Dorfman**
DebbieD@WPAS-Rights.org, MonaR@WPAS-Rights.org

12
13     - **Eleanor Hamburger**
ehamburger@sylaw.com, theresa@sylaw.com

14     - **John S Meader**
johnm6@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov

15     - **Martha Jane Perkins**
perkins@healthlaw.org, somers@healthlaw.org

16     - **Gregory David Provenzano**
greg.provenzano@columbialegal.org

17
18     - **William M Van Hook**
williamv@atg.wa.gov, jeffreyn2@atg.wa.gov, cherylc1@atg.wa.gov, cathyt@atg.wa.gov

19     - **Julie L Wilchins**
juliew@WPAS-Rights.org, MonaR@WPAS-Rights.org

20  **Manual Notice List:**

21  The following attorneys are **not** on the list to receive e-mail notices for this case.

22     - **(No manual recipients)**

23           DATED:  April 21, 2006, at Seattle, Washington.

24                              _/s/ Jean Fallow_

25

26

ORDER APPOINTING GUARDIAN AD LITEM
AND SUBSTITUTE REPRESENTATIVES – 4
[Case No. C-01-5687-JKA]

COLUMBIA LEGAL SERVICES
711 Capitol Way S. #304
Olympia, WA 98501
(360) 943-6260