# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUANE BOYLE, through his guardians Marion and Robert Boyle, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>ROBIN ARNOLD-WILLIAMS, in her official capacity as Secretary of the Washington Department of Social and Health Services,<br><br>           Defendant. | **Case No.** C01-5687 JKA<br><br>Minute Order<br>Re: Case Scheduling |

      THIS is to memorialize a teleconference between and among counsel and the court this date regarding the current scheduling order and the parties desire to adjust the same to accommodate mediation. The parties hope to conclude mediation by or before August 31, 2006. The case is currently set for trial March 12, 2007. The parties wish to focus on mediation and extend deadlines for disclosure of experts and discovery for implementation in the event the case is not resolved in mediation. The court advised counsel of a willingness to adjust the interim case scheduling deadlines while preserving the currently scheduled trial date.

      **It was agreed that the parties would advise the court no later than August 31, 2006 regarding the outcome of mediation. If the case is not resolved by that date, the parties were invited to submit an agreed scheduling order for consideration with adjusted scheduling dates, provided the trial date remains March 12, 2007.**

      Entered by Deputy Clerk, */s/Kelly Miller*, this 6th day of July 2006.

ORDER
Page - 1