The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DUANE BOYLE, through his guardians Marion and Robert Boyle, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBIN ARNOLD-WILLIAMS, in her official capacity as the Secretary of the Washington Department of Social and Health Services, <br><br> Defendant. | NO. C01-5687JKA <br><br> ORDER AMENDING NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING |

This matter came before the Court pursuant to a joint motion filed by all parties requesting that the Court amend the dates in the Notice of Proposed Settlement and Fairness Hearing that was entered by the Court on October 3, 2006. The parties request that the notice be amended to establish November 27, 2006 as the date by which class members must file written comments or objections, to set December 15, 2006 as the date of the fairness hearing, and to establish December 8, 2006 as the deadline for the parties to file the joint motion for final approval of the settlement.

Having considered the submissions of the parties, IT IS HEREBY ORDERED THAT:

ORDER AMENDING NOTICE OF
PROPOSED SETTLEMENT AND
FAIRNESS HEARING NO. C01-5687JKA

1

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

1. Any class members wishing to file comments regarding the Settlement Agreement may do so by filing such objections with the Court no later than <u>November 27, 2006 at 4:30 p.m</u>. Information related to this process is provided in the Notice.

2. A Fairness Hearing will be held on <u>December 15, 2006 at 10:00 a.m.</u> Information related to the Fairness Hearing is provided in the Notice.

3. The parties shall file a Joint Motion for Final Approval of the Settlement, together with any supporting memorandum and supporting declarations or other documentation with the Court no later than on December 8, 2006.

DATED this 11th day of October, 2006.

                      */s/ J. Kelley Arnold*
                      U.S. MAGISTRATE JUDGE J. KELLEY ARNOLD

Presented by:

ROB MCKENNA
Attorney General

/s/Edward J. Dee
WSBA No. 15964
Assistant Attorney General
Telephone: (360) 459-6950
Fax: (360) 438-7400
Email: Edward.Dee@atg.wa.gov

/s/Carrie L. Bashaw
WSBA No. 20253
Assistant Attorney General
Telephone: (360) 459-6659
Fax: (360) 438-7409
Email: CarrieB@atg.wa.gov

/s/John S. Meader
WSBA No. 34303
Assistant Attorney General

ORDER AMENDING NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING NO. C01-5687JKA

2

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA 98504-0124
(360) 459-6558

| | |
|---|---|
| 1 | Telephone: (360) 459-6735 |
| 2 | Fax: (360) 407-0433<br>Email: JohnM6@atg.wa.gov |
| 3 | |
| 4 | Attorneys for Defendant |
| 5 | COLUMBIA LEGAL SERVICES |
| 6 | |
| 7 | /s/ Amy L. Crewdson<br>WSBA No. 9468 |
| 8 | Columbia Legal Services<br>Telephone: (360) 943-6260, Ext. 214 |
| 9 | Fax: (360) 754-4578<br>amy.crewdson@columbialegal.org |
| 10 | |
| 11 | /s/ Gregory D. Provenzano<br>WSBA No. 12794 |
| 12 | Columbia Legal Services<br>Telephone: (360) 943-6260, Ext. 227 |
| 13 | Fax: (360) 754-4578<br>greg.provenzano@columbialegal.org |
| 14 | |
| 15 | WASHINGTON PROTECTION & ADVOCACY SYSTEM, INC. |
| 16 | /s/ Deborah A. Dorfman |
| 17 | WSBA No. 23823<br>Washington Protection & Advocacy System |
| 18 | Telephone: (206) 324-1521<br>Fax: (206) 957-0729 |
| 19 | debbied@wpas-rights.org |
| 20 | /s/ David R. Carlson |
| 21 | WSBA No. 35767<br>Washington Protection & Advocacy System |
| 22 | Telephone: (206) 324-1521<br>Fax: (206) 957-0729 |
| 23 | davidc@wpas-rights.org<br>Attorney for Plaintiffs |
| 24 | |
| 25 | /s/ Julie L. Wilchins<br>WSBA No. 28471 |
| 26 | Washington Protection & Advocacy System |

```
 1 │ Telephone: (206) 324-1521
   │ Fax: (206) 957-0729
 2 │ juliew@wpas-rights.org
 3 │ Attorney for Plaintiffs
 4 │
   │ SIRIANNI, YOUTZ, MEIER & SPOONEMORE
 5 │
 6 │ /s/ Eleanor Hamburger
   │ WSBA No. 26478
 7 │ Sirianni, Youtz, Meier & Spoonemore
   │ Telephone: (206) 223-0303, Ext. 1010
 8 │ Fax: (206) 223-0246
   │ ehamburger@sylaw.com
 9 │ Attorney for Plaintiffs
10 │ NATIONAL HEALTH LAW PROGRAM
11 │
12 │ /s/ Martha Jane Perkins
   │ National Health Law Program
13 │ Telephone: (919) 968-6771
   │ Fax: (919) 968-8855
14 │ perkins@healthlaw.org
   │ Attorney for Plaintiffs
15 │
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
```

ORDER AMENDING NOTICE OF
PROPOSED SETTLEMENT AND
FAIRNESS HEARING NO. C01-5687JKA

4

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA 98504-0124
(360) 459-6558

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel For Plaintiffs**
Amy Louise Crewdson
Columbia Legal Services
711 Capitol Way South  Suite 304
Olympia, WA  98501
amy.crewdson@columbialegal.org

**Counsel For Plaintiffs**
Martha Jane Perkins
Attorney At Law
National Health Law Program
211 North Columbia Street
Chapel Hill, NC  27514
perkins@healthlaw.org

**Counsel For Plaintiffs**
Gregory D. Provenzano
Columbia Legal Services
711 Capitol Way South  Suite 304
Olympia, WA  98501
greg.provenzano@columbialegal.org

**Counsel for Plaintiffs**
Deborah A. Dorfman
Washington Protection & Advocacy System, Inc.
315 – 5th Avenue South, Suite 850
Seattle, WA  98104
debbied@wpas-rights.org

**Counsel for Plaintiffs**
Julie L. Wilchins
Washington Protection & Advocacy System, Inc.
315 – 5th Avenue South, Suite 850
Seattle, WA  98104
juliew@wpas-rights.org

**Counsel for Plaintiffs**
David R. Carlson
Washington Protection & Advocacy System, Inc.
315 – 5th Avenue South, Suite 850
Seattle, WA  98104
davidc@wpas-rights.org

**Counsel For Plaintiffs**
Eleanor Hamburger
Attorney at Law
Sirianni, Youtz, Meier & Spoonemore
1100 Millennium Tower
719 Second Avenue
Seattle, WA  98104
ehamburger@sylaw.com

I also hereby certify there are no attorneys on the Manual Notice List in this case.

DATED this 11th day of October, 2006.

Laurie L. Carley
Legal Assistant
LaurieC@atg.wa.gov

ORDER AMENDING NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING NO.  C01-5687JKA

5

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558