Hon. J. Kelley Arnold

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| DUANE BOYLE, through his guardians Marion and Robert Boyle, *et al.*,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>ROBIN ARNOLD-WILLIAMS, in her official capacity as the Secretary of the Washington Department of Social and Health Services,<br><br>                              Defendant. | No. C01-5687JKA<br><br>ORDER PERMITTING PLAINTIFFS TO FILE OVERLENGTH BRIEF IN SUPPORT OF JOINT MOTION TO APPROVE FINAL SETTLEMENT AGREEMENT |

THIS MATTER comes before the above-entitled Court upon Plaintiffs' Motion to Permit an

Overlength Brief in Support of the parties' Joint Motion for an Order Approving Settlement Agreement.

Having considered the entirety of the records and file herein, **IT IS HEREBY ORDERED** that:

Plaintiffs may file an overlength brief in Support of the parties' Joint Motion for an Order

Approving Settlement not to exceed 16 additional pages for a total of 28 pages.

Dated this 11th day of December, 2006.

*/s/ J. Kelley Arnold*

Hon. J. Kelley Arnold
United States Magistrate Judge

ORDER PERMITTING PLAINTIFFS TO FILE
OVERLENGTH BRIEF IN SUPPORT OF JOINT MOTION
TO APPROVE SETTLEMENT AGREEMENT - 1
No. C01-5687JKA

Washington Protection & Advocacy System
315 5TH Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  ·  Fax: (206) 957-0729

Presented by:

COLUMBIA LEGAL SERVICES

/s/  Amy L. Crewdson
WSBA No. 9468
Columbia Legal Services
Telephone:  (360) 943-6260, Ext. 214
Fax:  (360) 754-4578
amy.crewdson@columbialegal.org


/s/  Gregory D. Provenzano
WSBA No. 12794
Columbia Legal Services
Telephone:  (360) 943-6260, Ext. 227
Fax:  (360) 754-4578
greg.provenzano@columbialegal.org


WASHINGTON PROTECTION & ADVOCACY SYSTEM, INC.

/s/  Deborah A. Dorfman
WSBA No. 23823
Washington Protection & Advocacy System
Telephone:  (206) 324-1521
Fax:  (206) 957-0729
debbied@wpas-rights.org

/s/  David R. Carlson
WSBA No. 35767
Washington Protection & Advocacy System
Telephone:  (206) 324-1521
Fax:  (206) 957-0729
davidc@wpas-rights.org
Attorney for Plaintiffs

/s/  Julie L. Wilchins
WSBA No. 28471
Washington Protection & Advocacy System
Telephone:  (206) 324-1521
Fax:  (206) 957-0729
juliew@wpas-rights.org
Attorney for Plaintiffs

ORDER PERMITTING PLAINTIFFS TO FILE
OVERLENGTH BRIEF IN SUPPORT OF JOINT MOTION
TO APPROVE SETTLEMENT AGREEMENT - 2
No. C01-5687JKA

Washington Protection & Advocacy System
315 5TH Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  ·  Fax: (206) 957-0729

SIRIANNI, YOUTZ, MEIER & SPOONEMORE

/s/ Eleanor Hamburger
WSBA No. 26478
Sirianni, Youtz, Meier & Spoonemore
Telephone:  (206) 223-0303, Ext. 1010
Fax:  (206) 223-0246
ehamburger@sylaw.com
Attorney for Plaintiffs

NATIONAL HEALTH LAW PROGRAM

/s/  Martha Jane Perkins
National Health Law Program
Telephone:  (919) 968-6771
Fax:  (919) 968-8855
perkins@healthlaw.org
Attorney for Plaintiffs

ORDER PERMITTING PLAINTIFFS TO FILE
OVERLENGTH BRIEF IN SUPPORT OF JOINT MOTION
TO APPROVE SETTLEMENT AGREEMENT - 3
No. C01-5687JKA

Washington Protection & Advocacy System
315 5TH Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521  ·  Fax: (206) 957-0729