Hon. J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUANE BOYLE, through his guardians Marion and Robert Boyle, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBIN ARNOLD-WILLIAMS, in her official capacity as the Secretary of the Washington Department of Social and Health Services,<br><br>Defendant. | No. C-01-5687 JKA<br><br>ORDER ON PLAINTIFFS' MOTION FOR DISCOVERY AND<br>AGREED SCHEDULING ORDER |

The court heard argument on May 21, 2012 on Plaintiffs' motion for discovery. The Court granted Plaintiffs' request to conduct the seven depositions listed in their motion, and directed the parties to discuss a schedule related to Plaintiffs' intended motion for contempt. The parties have conferred and now propose the following Agreed Scheduling Order for purposes of hearing Plaintiffs' motion for contempt. Having considered the proposed order, the Court hereby GRANTS the Agreed Scheduling Order.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants will make the seven Department employees Plaintiffs identified as deposition witnesses available for Plaintiffs to take their depositions at a time and location mutually agreeable to the parties.

ORDER GRANTING PLAINTIFFS' MOTION FOR
DISCOVERY AND AGREED SCHEDULING ORDER - 1
No. C-01-5687 JKA

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

1    2.   Plaintiffs Motion for Contempt shall be filed no later than May 25, 2012. The
2    Motion need not be accompanied by argument, briefing, or evidence. The filing of this Motion
3    shall suspend the termination of the Amended Order and Settlement Agreement (Dkt. #237) in
4    this case.

5    3.   Plaintiffs' Motion shall be noted for August 31, 2012.

6    4.   Plaintiffs will disclose their experts' names and Curriculum Vitaes no later than
7    June 4, 2012.  The Defendant will disclose experts at a time mutually agreed upon by the parties.

8    5.   Plaintiffs Opening Brief in Support of their Motion for Contempt will be filed
9    with supporting declarations and exhibits, and supporting expert declarations or reports no later
10   than August 6, 2012.

11   6.   Defendant's Response shall be filed no later than August 27, 2012.

12   7.   Plaintiffs Reply shall be filed no later than August 31, 2012.

13   8.   The parties agree and the Court orders that the CR 7(e)(3) dispositive motion page
14   limits shall apply to the parties' briefing.

15   9.   An evidentiary hearing on this matter may be set at the request of either party, or
16   if neither party requests an evidentiary hearing, the Court may conclude an evidentiary hearing is
17   necessary. If the Court so concludes, the Court shall so order.

18   10.  Plaintiffs shall file their request for an evidentiary hearing no later than August
19   31, 2012.

20   11.  Defendants shall file their request no later than September 5, 2012.

21   12.  If an evidentiary hearing is held, the Court will conduct that hearing on September
22   17-20, 2012, and will enter a minute order to that effect.

23

24

ORDER GRANTING PLAINTIFFS' MOTION FOR
DISCOVERY AND AGREED SCHEDULING ORDER - 2
No. C-01-5687 JKA

Disability Rights Washington
315 5TH Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

1     13.    If no evidentiary hearing is held, the Court will hear Oral Argument on the

2  Motion during the week of September 17, 2012 and will enter a minute order setting the date

3  and time for that argument.

4     IT IS SO ORDERED this 25th day of May, 2012.

5

6                                        __s/ J. Kelley Arnold_____
                                         Hon. J. Kelley Arnold
7                                        United States Magistrate Judge

8

9  Presented by:

10

   s/Susan Kas
11 Susan Kas, WSBA #36592
   David Carlson, WSBA #35767
12 Regan Bailey, WSBA #38142
   **DISABILITY RIGHTS WASHINGTON**
13

14 s/Amy Crewdson
   Amy Crewdson, WSBA # 9468
15 Gregory Provenzano, WSBA # 12794
   **COLUMBIA LEGAL SERVICES**
16
   Attorneys for Plaintiffs
17

18
   **ROB MCKENNA**
19 Attorney General

20 s/Bruce Work
   Bruce Work, WSBA #33824
21 Angela Coats-McCarthy, WSBA #35547
   Edward J. Dee, WSBA #15964
22 Assistant Attorneys General
   Attorneys for Defendants
23

24
   ORDER GRANTING PLAINTIFFS' MOTION FOR                    Disability Rights Washington
   DISCOVERY AND AGREED SCHEDULING ORDER - 3                315 5TH Avenue South, Suite 850
   No. C-01-5687 JKA                                        Seattle, Washington 98104
                                                            (206) 324-1521 · Fax: (206) 957-0729